IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| B.M., | ) | Case No. 6:23-CV-2541-JD |
|       Plaintiff, | ) | |
| -vs- | ) | NOTICE OF APPEARANCE OF ROSS M. ABBOTT |
| FUJIFILM IRVINE SCIENTIFIC, INC., | ) | |
|       Defendant. | ) | |

PLEASE TAKE NOTICE THAT Ross M. Abbott, Esquire, of Bowman and Brooke LLP, hereby enters his appearance in this action as counsel for Defendant Fujifilm Irvine Scientific, Inc., in the above captioned civil action.

Respectfully Submitted,

                        **BOWMAN AND BROOKE LLP**

                        By: *s/ Ross M. Abbott*
                            Ross M. Abbott (Fed Bar No. 13782)
                            ross.abbott@bowmandandbrooke.com
                            1441 Main St., Suite 1200
                            Columbia, SC 29201-2897
                            Telephone: (803) 726-7420
                            Fax: (803) 726-7421

                        **COUNSEL FOR DEFENDANT FUJIFILM IRVINE SCIENTIFIC, INC.**

Dated: August 18, 2023
Columbia, South Carolina

# CERTIFICATE OF SERVICE

      I, Ross M. Abbott, Esquire, do hereby certify that a true and correct copy of the above and foregoing was as filed electronically, which will serve all counsel of record.

                                              **BOWMAN AND BROOKE LLP**

                                              *s/ Ross M. Abbott*
                                              Ross M. Abbott, Esquire

Dated:  August 18, 2023
Columbia, South Carolina